[No. 34692-7-III. Division Three. May 23, 2017.]

SVN CORNERSTONE LLC, *Respondent*, v. N. 807 INCORPORATED ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Spokane County, No. 16-2-01638-8, John O. Cooney, J., entered July 26, 2016. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Siddoway, J., concurred in by Fearing, C.J., and Pennell, J.

[No. 33863-1-III. Division Three. May 25, 2017.]

*In the Matter of the Marriage of* MELISSA J. DICKERSON, *Respondent*, and KENT E. DICKERSON, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 14-3-02264-4, Kathleen M. O'Connor, J., entered September 30, 2015. *Affirmed* by unpublished opinion per Lawrence-Berrey, J., concurred in by Fearing, C.J., and Korsmo, J.

[No. 34151-8-III. Division Three. May 25, 2017.]

THOMAS THORN, *Appellant*, v. DEBRA CROMER, *Respondent*.

Appeal from a judgment of the Superior Court for Grant County, No. 15-2-00839-7, David G. Estudillo, J., entered January 15, 2016. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Fearing, C.J., and Lawrence-Berrey, J.

[No. 72306-5-I. Division One. May 30, 2017.]

*In the Matter of the Detention of* CALVIN MALONE.

Appeal from a judgment of the Superior Court for Snohomish County, No. 12-2-08035-4, Michael T. Downes, J., entered July 30, 2014. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Schindler and Dwyer, JJ.